Ben LINDSEY; Jerri Lindsey, husband and wife, Plaintiff-Appellant,

v.

CLOSSCO, a California limited partnership, Defendant-Appellee.

No. 86–2555.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 12, 1987.

Decided May 4, 1987.

Russell A. Kolsrud, Phoenix, Ariz., for plaintiff-appellant.

Douglas Gerlach, Phoenix, Ariz., for defendant-appellee.

Before CANBY, NORRIS and KOZINSKI, Circuit Judges.

## ORDER

After carefully reviewing the record and the briefs, we affirm the judgment below for the reasons stated in paragraph 6 of the district court's "Conclusions of Law." *Lindsey v. Clossco*, 642 F.Supp. 250, 255 (D.Ariz.1986).

AFFIRMED.